# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr- 213 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MICHAEL ALLEN SOUZA (ID#) 01235465 |
| vs. | |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MICHAEL ALLEN SOUZA** before the United States District Court at Las Vegas, Nevada, on or about IA/AP Wed 8/21/19 2:30 pm, DJA, 3A _____, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  Nevada State Bar Number 12940
   501 Las Vegas Boulevard South
5  Suite 1100
   Las Vegas, Nevada 89101
6  702-388-6336

7                  UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA
                              -oOo-
9

10 UNITED STATES OF AMERICA,          ) Case No.: 2:19-cr- 213
                                      )
11            Plaintiff,              ) PETITION FOR WRIT OF HABEAS
                                      ) CORPUS AD PROSEQUENDUM FOR
12      vs.                           ) MICHAEL ALLEN SOUZA
                                      ) (ID#) 01235465
13 MICHAEL ALLEN SOUZA,               )
                                      )
14            Defendant.              )
                                      )
15 _____)

16      The petition of the United States Attorney for the District of Nevada respectfully shows

17 that **MICHAEL ALLEN SOUZA** is committed by due process of law in the custody of the

18 Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

19 **MICHAEL ALLEN SOUZA** be temporarily released under a Writ of Habeas Corpus Ad

20 Prosequendum so that the said **MICHAEL ALLEN SOUZA** may be present before the United

21 States District Court for the District of Nevada, Las Vegas, Nevada, on

22 _____IA/AP Wed 8/21/19_____, for arraignment and from time to time and day to day
         2:30 pm, DJA, 3A

23 thereafter until excused by the said Court.

24      That the presence of the said **MICHAEL ALLEN SOUZA** before the United States

   District Court on or about _____ IA/AP Wed 8/21/19 _____, for arraignment and
                                       2:30 pm, DJA, 3A

from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **MICHAEL ALLEN SOUZA** before the United States District Court on or about _IA/AP Wed 8/21/19 2:30 pm, DJA, 3A_, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 14st. day of August, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Brian Whang_
BRIAN WHANG
Assistant United States Attorney

2