RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Michael Allen Souza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| v. | (First Request) |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael Allen Souza, that the Motion Hearing currently scheduled on June 23, 2020 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, up to fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and meet with Defendant to prepare for the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the motion hearing.

DATED this 22nd day of June 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALLEN SOUZA,<br><br>Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, June 23, 2020 at 2:30 p.m., be vacated and continued to July 6, 2020, at 9:30 a.m., in Courtroom 6B.

No later than June 25, 2020, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

All other requirements set forth in the Court's order at Docket No. 37, except for the dates set forth above, apply to the continued hearing.

IT IS SO ORDERED.

DATED: June 22, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE