NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE RESPONSE TO FILED MOTION** |
| MICHAEL SOUZA, | (*First Request*) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal Public Defender, counsel for Michael Souza, that the due date for the Government's Response to Defendant's Motion to Dismiss for Spoilation of Evidence, filed on June 12, 2020, be extended fourteen (14) days from June 26, 2020 to July 10, 2020.

This Stipulation is entered into for the following reasons:

1.      Counsel for the Government needs additional time to respond to Defendant's Motion to Dismiss for Spoilation of Evidence filed on June 12, 2020.

2.      The parties agree to the continuance.

3.     The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4.     This is the first stipulation to be filed herein.

DATED this 25th day of June, 2020.


NICHOLAS A. TRUTANICH,              RENE VALLADARES
United States Attorney              Federal Public Defender


By: /s/ Brian Y. Whang             By: /s/ Rebecca Levy
BRIAN Y. WHANG                     REBECCA LEVY, AFPD
Assistant United States Attorney   Counsel for Michael Souza

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL SOUZA, | |
| Defendant. | |

**FINDINGS OF FACT**

1.      Counsel for the Government needs additional time to respond to Defendant's Motion to Dismiss for Spoilation of Evidence filed on June 12, 2020.

2.      The parties agree to the continuance.

3.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4.      This is the first stipulation to be filed herein.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

## <u>ORDER</u>

IT IS THEREFORE ORDERED that the Government herein shall have to and including July 10, 2020, to file any and all Responses to Defendant's Motion to Dismiss for Spoilation of Evidence.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that Defendant shall have to and including July 17, 2020, to file any and all replies.

DATED this __26th__ day of June, 2020.

**UNITED STATES MAGISTRATE JUDGE**