FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 6 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALLEN SOUZA<br><br>Defendant. | Case No. 2:19-CR-213-KJD-NJK<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the motion hearing proceeding in this case scheduled for July 6, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Michael Allen Souza          7/2/20
_____
Defendant's Signature              (date)


/s/ Rebecca Levy                 7/2/20
_____
Signature of Defendant's Attorney  (date)


Rebecca Levy
_____
Printed Name of Defendant's Attorney

[Judge's Signature]          7/6/2020
_____
Judge's Signature                  (date)

Nancy J. Koppe, U.S. Magistrate Judge
_____
Judge's Printed Name and Title