RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Michael Allen Souza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>MICHAEL ALLEN SOUZA,<br><br>             Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO DISMISS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael Allen Souza, that the reply to the Government's response to motion to dismiss due on July 17, 2020, be vacated and continued and reset for July 31, 2020.

This Stipulation is entered into for the following reasons:

1. The parties have entered into negotiation in resolving the case. Defense counsel needs additional time before filing a reply.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

This is the first request for an extension of time.

DATED this 14th day of July 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ALLEN SOUZA,<br><br>    Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

IT IS ORDERED that the reply currently due on Friday, July 17, 2020, be filed and continued to Friday, July 31, 2020.

DATED: July 14, 2020.

_____
UNITED STATES MAGISTRATE JUDGE