**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

MICHAEL SOUZA,

          Defendant.

Case No. 2:19-cr-00213-KJD-NJK

**ORDER**

### **FINDINGS OF FACT**

1. Counsel for the Government needs additional time to file its written appeal of the Magistrate Judge's order (ECF No. 52) in consultation with the Federal Bureau of Investigation.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

**ORDER**

IT IS THEREFORE ORDERED that the Government herein shall have to and including August 3, 2020, to file its written appeal of Magistrate Judge's order (ECF No. 52).

DATED this __15th__ day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE