RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Michael Allen Souza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO DISMISS** |
| v. | |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael Allen Souza, that the reply to the Government's response to motion to dismiss due on July 31, 2020, be vacated and continued and reset for August 31, 2020.

This Stipulation is entered into for the following reasons:

1.      The parties have entered into negotiation in resolving the case.  Defense counsel needs additional time before filing a reply.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance and extension of time.

1      This is the second request for an extension of time.

2      DATED this 29th day of July 2020.

3

4  RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
   Federal Public Defender              United States Attorney

5

6      */s/ Rebecca A. Levy*                    */s/ Brian Y. Whang*
   By_____          By_____

7  REBECCA A. LEVY                       BRIAN Y. WHANG
   Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 60) |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

For good cause shown, the parties' stipulation to extend time, Docket No. 60, is GRANTED.  Defendant's reply to the United States' response to his motion to dismiss shall be filed no later than August 31, 2020.

IT IS SO ORDERED.

DATED:  July 29, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE