UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL SOUZA,<br><br>　　　　　　　Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that the Government herein shall have to and including August 31, 2020, to file its written appeal of Magistrate Judge's order (ECF No. 52).

DATED this __30th__ day of July, 2020.

**UNITED STATES DISTRICT JUDGE**