# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL SOUZA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

## ORDER

IT IS THEREFORE ORDERED that the Government herein shall have to and including October 30, 2020, to file its written appeal of the Magistrate Judge's order (ECF No. 52).

DATED this __1st__ day of September, 2020.

**UNITED STATES DISTRICT JUDGE**