# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 25, 35) |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

On September 15, 2020, Defendant Michael Allen Souza entered a guilty plea to a superseding information in the instant case. Docket No. 75. Accordingly, Defendant's motions to dismiss the indictment, Docket Nos. 25 and 35, are hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: September 22, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE