# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 15, 2020 at 11:00 a.m., be vacated and continued to  February 9, 2021  at the hour of   9:00    a .m.

DATED this 12th  day of November 2020.

_____
UNITED STATES DISTRICT JUDGE

3