UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ALLEN SOUZA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, February 9, 2021 at 9:00 a.m., be vacated and continued to  April 20, 2021  at the hour of  9:30  a.m.

　　DATED this  8th  day of January 2021.

_____
UNITED STATES DISTRICT JUDGE

3