RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Michael Allen Souza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00213-KJD-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MICHAEL ALLEN SOUZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael Allen Souza, that the Preliminary Hearing currently scheduled on June 16, 2025, be vacated and continued to a date and time convenient to the Court, but after July 13, 2025.

This Stipulation is entered into for the following reasons:

1.      Defense counsel requires additional time to prepare, investigate, and discuss the case with her client.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 32.1(b)(1).

This is the first request for a continuance of the preliminary hearing.

DATED this 13th day of June 2025.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
United States Attorney


     */s/ Rebecca A. Levy*
By_____
REBECCA A. LEVY
Assistant Federal Public Defender

     */s/ Brian Y. Whang*
By_____
BRIAN Y. WHANG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

MICHAEL ALLEN SOUZA,

                Defendant.

Case No. 2:19-cr-00213-KJD-NJK

**<u>ORDER</u>**

      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, June 16, 2025 at 4:00 p.m. be vacated and continued to ___July 15, 2025___ at the hour of ___10:00 a___.m.

      DATED this _16_ of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3