UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ALLEN SOUZA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, July 29, 2025 at 10:00 a.m. be vacated and continued to ___August 25, 2025___ at the hour of __1:00__ __p__.m.

　　　DATED this _28_ of July 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3