# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ALLEN SOUZA,<br><br>    Defendant. | Case No. 2:19-cr-00213-KJD-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for October 14, 2025 at 2:00 p.m. be vacated and continued to  December 2, 2025  at the hour of   2:00    p.m.

    DATED this  8th   of October 2025.

_____
UNITED STATES MAGISTRATE JUDGE